## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUNCAN FRANK, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-14-01193-PRW |
| CRAWLEY PETROLEUM CORP., | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Court's order issued this date, the Court **DISMISSES** this action with prejudice.

**ENTERED this 28th day of January, 2020.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE