# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Duncan Frank, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) Crawley Petroleum Corp., ) ) Defendant. ) | Case No. CIV-14-01193-PRW |

## NOTICE OF APPEAL

Notice is hereby given that Duncan Frank, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order [Dkt. 192] and Judgment [Dkt. 193] entered in this action on January 28, 2020, and from related orders and briefing [Dkts. 179, 182-188, 190, 191].

Respectfully submitted,

/s/ *Rex A. Sharp*
Rex A. Sharp, OBA No.011990
Barbara C. Frankland, OBA No. 33012
Ryan C. Hudson, OBA No. 33104
SHARP BARTON, LLP
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rex@sharpbarton.com
barbara@sharpbarton.com
ryan@sharpbarton.com

Michael E. Grant, OBA #11848
Grant Law Firm, PLLC

1

>At the Midtown Law Center
>512 Northwest 12th Street
>Oklahoma City, OK 73103-2407
>(405) 232-6357
>(405) 232-6358 fax
>de1471@coxinet.net
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 5, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>/s/ *Rex A. Sharp*