# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DUNCAN FRANK, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-14-01193-PRW |
| CRAWLEY PETROLEUM CORP., | ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the United States Court of Appeals for the Tenth Circuit's order issued on March 29, 2021, this Court **GRANTS** Plaintiff's Motion for Voluntary Dismissal With Prejudice (Dkt. 182). Accordingly, this Court **DISMISSES** this action with prejudice and without the challenged conditions, as consistent with the Tenth Circuit's order.

**ENTERED** this 23rd day of April 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1